IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALFONSO R. MOSLEY, | |
| Plaintiff, | **8:18CV242** |
| vs. | |
| STATE OF NEBRASKA, OMAHA POLICE DEPARTMENT, DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, DOUGLAS COUNTY SHERIFF, and DOUGLAS COUNTY COURTHOUSE, | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter is before the court on its own motion. On August 2, 2018, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the court on June 21, 2018. ([Filing No. 8](#).) Additionally, on August 17, 2018, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. ([Filing No. 11](#).) To date, Plaintiff has not shown cause for his failure to pay the initial partial filing fee, has not paid the initial partial filing fee or sought an extension of time in which to do so, has not updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's initial partial filing fee and for failure to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 18th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge